NUMBER 13-09-00485-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

BILLY R. AND NORMA OUSLEY, APPELLANTS,


v.



MATTHEW G. AND DONNA S. MIESZKOWSKI, APPELLEES. 

_____________________________________________________________


On Appeal from the County Court 


of Goliad County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Vela


Memorandum Opinion Per Curiam


 Appellants, Billy R. and Norma Ousley, perfected an appeal from a judgment
rendered against them in favor of appellees, Matthew G. and Donna S. Mieszkowski. On
November 4, 2009, the Clerk of this Court notified appellants that the clerk's record in the
above cause was originally due on October 19, 2009, and that the county clerk, Mary Ellen
Flores, had notified this Court that appellants failed to make arrangements for payment of
the clerk's record. The Clerk of this Court notified appellants of this defect so that steps
could be taken to correct the defect, if it could be done. See Tex. R. App. P. 37.3,
42.3(b),(c). Appellants were advised that, if the defect was not corrected within ten days
from the date of receipt of this notice, the appeal would be dismissed for want of
prosecution.

 On December 7, 2009, appellees filed a motion to dismiss based on appellants'
failure to make arrangements for payment of the clerk's record. Appellants have failed to
respond to this Court's notice. Accordingly, appellees' motion is GRANTED and the appeal
is DISMISSED FOR WANT OF PROSECUTION. See Tex. R. App. P. 42.3(b), (c). 

 PER CURIAM

Delivered and filed the 17th

day of December, 2009.